**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Cheektowaga Concrete, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-2210716** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5690 Camp Road** **Hamburg, NY 14075** Number, Street, City, State & ZIP Code | **100 Stradtman Street** **Buffalo, NY 14206** P.O. Box, Number, Street, City, State & ZIP Code |
| **Erie** County | **Location of principal assets, if different from principal place of business** **Erie County** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Case 1-23-10949-CLB,   Doc 1,   Filed 09/19/23,   Entered 09/19/23 20:31:08,
Description: Main Document , Page 1 of 46

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　__3273__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Official Form 201

Case 1-23-10949-CLB,　Doc 1,　Filed 09/19/23,　Entered 09/19/23 20:31:08,
Voluntary Petition for Non-Individuals Filing for Bankruptcy
Description: Main Document , Page 2 of 46

page 2

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 19, 2023**
                 MM / DD / YYYY

**X /s/ Rosanne DiPizio**                                    **Rosanne DiPizio**
Signature of authorized representative of debtor              Printed name

Title      **General Manager**

**18. Signature of attorney**

**X /s/ Robert B. Gleichenhaus, Esq.**          Date  **September 19, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Robert B. Gleichenhaus, Esq.**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone   **(716) 845-6446**          Email address

**4098570 NY**
Bar number and State

## Resolution of Member

### Cheektowaga Concrete, LLC
### Great Lakes Concrete Products, LLC

WHEREAS, Mr. Bernard DiPizio ("DiPizio") is the Manager of Cheektowaga Concrete, LLC ("Company") pursuant to the Company's Operating Agreement and as such is conferred all managerial rights and powers contained in the Agreement including the right to designate employees and agents to carry out tasks and duties in the conduct and operation of the Company business; and

WHEREAS, Membership interests in the Company had been transferred to Great Lakes Concrete Products, LLC ("Great Lakes") and DiPizio as Member of Great Lakes also has managerial rights and powers under its Operating Agreement to resolve to accomplish what is being contemplated below; and

WHEREAS, in exercise of such managerial rights and powers, DiPizio has previously appointed Ms. Rosanne DiPizio as general manager of the Company to exercise managerial rights and powers and now specifically tasks her with the filing of a bankruptcy on behalf of the Company; and

WHEREAS, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11, Title 11 of the United States Code to, among other things, stay the *In Rem Tax Sale* pending in Erie County, which is imminent and threatens the sale of certain real property owned by the Company;

Be It Therefore Resolved, that Rosanne **DiPizio, General Manager** of this Company is authorized and directed to facilitate the filing of a Bankruptcy case, appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Rosanne **DiPizio, General Manager** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Rosanne **DiPizio, General Manager** of this Company is authorized and directed to employ **Robert Gleichenhaus and Michael Weishaar,** attorneys and the law firm of **Gleichenhaus, Marchese & Weishaar, P.C.** to represent the Company in such bankruptcy case.

_Bernard DiPizio_

Bernard DiPizio, Member
Cheektowaga Concrete, LLC
Great Lakes Concrete Products, LLC

Debtor name     **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 19, 2023**        X */s/ Rosanne DiPizio*
                                             Signature of individual signing on behalf of debtor

                                             **Rosanne DiPizio**
                                             Printed name

                                             **General Manager**
                                             Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cheektowaga Concrete, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **M&T Bank 1 M&T Plaza Buffalo, NY 14203** | | | | **$1,895,590.00** | **$0.00** | **$1,895,590.00** |
| **NYBDC 50 Beaver Street PO Box 738 Albany, NY 12201** | | | | **$2,400,000.00** | **$0.00** | **$2,400,000.00** |
| **Wells Fargo Bank, N.A. P.O. Box 10335 Des Moines, IA 50306-0335** | | | | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |

Fill in this information to identify the case:

Debtor name **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................... $      **3,416,001.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................ $      **13,100.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... $      **3,429,101.00**

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      **7,880,382.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      **0.00**

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b          $      **7,880,382.00**

**Fill in this information to identify the case:**

Debtor name    **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Lake Shore Savings** | **operating** | **9019** | $1,500.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $1,500.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **474 Logistics rental security deposit** | $4,800.00 |
| --- | --- | --- |

| 7.2. | **Big Tree rental security deposit** | $1,000.00 |
| --- | --- | --- |

7.3.    **Russo Construction  rental security deposit** _____    $2,400.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                          $8,200.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
■  Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **3,400.00**   -        **0.00**   = ....    $3,400.00
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                         $3,400.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■  No.  Go to Part 5.
☐  Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■  No.  Go to Part 6.
☐  Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■  No.  Go to Part 7.
☐  Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■  No.  Go to Part 8.
☐  Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■  No.  Go to Part 9.
☐  Yes Fill in the information below.

Case 1-23-10949-CLB,    Doc 1,    Filed 09/19/23,    Entered 09/19/23 20:31:08,
Description: Main Document  , Page 11 of 46

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Manufacturing plant on 18 acres: located at**<br><br>**5710 Camp Rd, Hamburg, NY 14075 SBL No.: 182.160-7-3.100** | fee simple | | Tax records | $2,500,000.00 |
| 55.2.  **14 acres of contiguous property located:**<br><br>**Camp Rd, Hamburg, NY 14075 SBL No.: 182.200-10-7.210** | fee simple | | Tax records | $360,000.00 |
| 55.3.  **easement for contiguous property located:**<br><br>**Camp Rd, Hamburg, NY 14075 SBL No.: 182.160-3-31** | fee simple | | N/A | $1.00 |
| 55.4.  **7.6 acres of contiguous property located:**<br><br>**Church Street, Hamburg, NY 14075 SBL No.: 182.200-10-4.100** | | | Tax records | $20,000.00 |

55.5.   **13.63 acres of contiguous property located:**

**Elmview Avenue, Hamburg, NY 14075 SBL No.: 182.160-3-21.110**     fee simple     Tax records     **$535,000.00**

55.6.   **.24 acres of vacant land**

**Hurdville Road, Arcade New York SBL No.: 182-1-13**     fee ismple     Tax records     **$1,000.00**

---

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$3,416,001.00** |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
|      Property / Liability insurance | **$0.00** |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Cheektowaga Concrete, LLC**          Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,400.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $3,416,001.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,100.00 | + 91b. $3,416,001.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,429,101.00 |

Debtor name **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Erie County**
Creditor's Name

**Dept. of Real Property Tax Services**
**95 Franklin St., Room 100**
**Buffalo, NY 14202**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2018+**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**14 acres of contiguous property located:**

**Camp Rd, Hamburg, NY 14075**
**SBL No.: 182.200-10-7.210**

Describe the lien
**Real Property tax arrears**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$96,330.00**  Column B: **$360,000.00**

**2.2  Erie County**
Creditor's Name

**Dept. of Real Property Tax Services**
**95 Franklin St., Room 100**
**Buffalo, NY 14202**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2018+**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**7.6 acres of contiguous property located:**

**Church Street, Hamburg, NY 14075**
**SBL No.: 182.200-10-4.100**

Describe the lien
**Real Property tax arrears**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$5,685.00**  Column B: **$20,000.00**

Case 1-23-10949-CLB,   Doc 1,   Filed 09/19/23,   Entered 09/19/23 20:31:08,
Description: Main Document , Page 16 of 46

| Debtor | **Cheektowaga Concrete, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Erie County** | Describe debtor's property that is subject to a lien | $1,081,941.00 | $2,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Dept. of Real Property Tax Services**
**95 Franklin St., Room 100**
**Buffalo, NY 14202**
Creditor's mailing address

**Manufacturing plant on 18 acres: located at**

**5710 Camp Rd, Hamburg, NY 14075**
**SBL No.: 182.160-7-3.100**

Describe the lien
**Real Property tax arreras**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018+**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Erie County** | Describe debtor's property that is subject to a lien | $400,835.00 | $535,000.00 |
|---|---|---|---|---|

Creditor's Name

**Dept. of Real Property Tax Services**
**95 Franklin St., Room 100**
**Buffalo, NY 14202**
Creditor's mailing address

**13.63 acres of contiguous property located:**

**Elmview Avenue, Hamburg, NY 14075**
**SBL No.: 182.160-3-21.110**

Describe the lien
**Real Property tax arrears**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018+**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **M&T Bank** | Describe debtor's property that is subject to a lien | $1,895,590.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 M&T Plaza**
**Buffalo, NY 14203**
Creditor's mailing address

Describe the lien

---

**Judgment**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **NYBDC** | Describe debtor's property that is subject to a lien | $2,400,000.00 | $0.00 |

Creditor's Name

**50 Beaver Street**
**PO Box 738**
**Albany, NY 12201**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2012**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Pioneer Tax Collector** | Describe debtor's property that is subject to a lien | $1.00 | $2,500,000.00 |

Creditor's Name

**Manufacturing plant on 18 acres: located at**

**Yorkshire-Pioneer CSD**
**P.O. box 1987**
**Buffalo, NY 14240**

**5710 Camp Rd, Hamburg, NY 14075**
**SBL No.: 182.160-7-3.100**

Creditor's mailing address

**Describe the lien**
**School Tax arrears**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Village of Hamburg** | Describe debtor's property that is subject to a lien | $0.00 | $2,500,000.00 |

Creditor's Name

**100 Main Street**
**Hamburg, NY 14075**

Creditor's mailing address

**Notice purposes only**

**Describe the lien**
**Village tax arrears**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $2,000,000.00 | $0.00 |

Creditor's Name

**P.O. Box 10335**
**Des Moines, IA 50306-0335**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$7,880,382.00

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name    **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dreamco Development**
**100 Stratdtman Street**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Business loan

Is the claim subject to offset?   ■ No   ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   0.00 |
| **5b. Total claims from Part 2** | 5b. + | $   0.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $   0.00 |

Debtor name **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | $4800/month | |
|---|---|---|---|
| | State the term remaining | 3 years | **474 Logistics**<br>**5690 Camp Road**<br>**Hamburg, NY 14075** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | $1000/month | |
|---|---|---|---|
| | State the term remaining | 3 months | **Big Tree Auto**<br>**5690 Camp Road**<br>**Hamburg, NY 14075** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | $5880/month | |
|---|---|---|---|
| | State the term remaining | 18 months | **Russo Construction**<br>**5690 Camp Road**<br>**Hamburg, NY 14075** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | $750/month | |
|---|---|---|---|
| | State the term remaining | 16 years | **United Refineries**<br>**5690 Camp Road**<br>**Hamburg, NY 14075** |
| | List the contract number of any government contract | | |

Case 1-23-10949-CLB,    Doc 1,    Filed 09/19/23,    Entered 09/19/23 20:31:08,
Description: Main Document , Page 22 of 46

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **$1000/month** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **VCNA Cement** |
| | List the contract number of any government contract | _____ | **5690 Camp Road**<br>**Hamburg, NY 14075** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Benard Dipizio** | **100 Stradman Park**<br>**Buffalo, NY 14206** | **M&T Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dipizio Construction Company, Inc.** | **100 Stradtman Street**<br>**Buffalo, NY 14206** | **M&T Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Great Lakes Concrete** | **100 Stradtman Street**<br>**Buffalo, NY 14206** | **M&T Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Cheektowaga Concrete, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br><br>■ Other    **approximate gross rent** | $135,000.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br><br>■ Other    **approximate gross rent** | $138,000.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br><br>■ Other    **approximate gross rent** | $180,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Erie County v. Cheektowaga Concrete** | **In rem tax foreclosure** | **Erie County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Case 1-23-10949-CLB, Doc 1, Filed 09/19/23, Entered 09/19/23 20:31:08, Description: Main Document , Page 26 of 46

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gleichenhaus, Marchese & Weishaar, P.C.**<br>**930 Convention Tower**<br>**43 Court Street**<br>**Buffalo, NY 14202** | **Attorney Fees** | **09/2023** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| | |

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **The ZLC Group CPAs** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Great Lakes Concrete Products, LLC** | **5690 Camp Road Hamburg, NY 14075** | **Sole Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rosanne DiPizio** | **100 Stradtman Park Buffalo, NY 14206** | **General Manager** | **0.0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Estate of Bohemer** | | **General Memeber** | **2006-2008** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Benard DiPizio | 100 Stradtman Park<br>Buffalo, NY 14206 | Managing Member | 2006-2008 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Managing Member** | | | **$1900/month** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       **September 19, 2023**

**/s/ Rosanne DiPizio**                                **Rosanne DiPizio**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor      **General Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re    **Cheektowaga Concrete, LLC**            Case No. _____

                                Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **395.00/hour** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **TBD** |

2. $ __**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     c. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 19, 2023** | **/s/ Robert B. Gleichenhaus, Esq.** |
| *Date* | **Robert B. Gleichenhaus, Esq.** |
| | *Signature of Attorney* |
| | **Gleichenhaus, Marchese & Weishaar, P.C.** |
| | **930 Convention Tower** |
| | **43 Court Street** |
| | **Buffalo, NY 14202** |
| | **(716) 845-6446   Fax: (716) 845-6475** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of New York

In re    **Cheektowaga Concrete, LLC**        Case No. _____

                    Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Great Lakes Concrete Products, LLC**<br>**5690 Camp Road**<br>**Hamburg, NY 14075** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **General Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 19, 2023**            Signature    **/s/ Rosanne DiPizio**

                                                    **Rosanne DiPizio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of New York**

In re   **Cheektowaga Concrete, LLC**                   Case No. _____

                                         Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the General Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 19, 2023** _____       **/s/ Rosanne DiPizio** _____

                                                       **Rosanne DiPizio**/**General Manager**
                                                       Signer/Title

474 Logistics
5690 Camp Road
Hamburg, NY 14075


Benard Dipizio
100 Stradtman Park
Buffalo, NY 14206


Big Tree Auto
5690 Camp Road
Hamburg, NY 14075


Dipizio Construction Company, Inc.
100 Stradtman Street
Buffalo, NY 14206


Dreamco Development
100 Stratdtman Street
Buffalo, NY 14206


Erie County
 Dept. of Real Property Tax Services
95 Franklin St., Room 100
Buffalo, NY 14202


Great Lakes Concrete
100 Stradtman Street
Buffalo, NY 14206


M&T Bank
1 M&T Plaza
Buffalo, NY 14203


NYBDC
50 Beaver Street
PO Box 738
Albany, NY 12201


Pioneer Tax Collector
Yorkshire-Pioneer CSD
P.O. box 1987
Buffalo, NY 14240

Russo Construction
5690 Camp Road
Hamburg, NY 14075


United Refineries
5690 Camp Road
Hamburg, NY 14075


VCNA Cement
5690 Camp Road
Hamburg, NY 14075


Village of Hamburg
100 Main Street
Hamburg, NY 14075


Wells Fargo Bank, N.A.
P.O. Box 10335
Des Moines, IA 50306-0335

# United States Bankruptcy Court
### Western District of New York

In re    **Cheektowaga Concrete, LLC**     Case No.

Debtor(s)     Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cheektowaga Concrete, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 19, 2023**

Date

**/s/ Robert B. Gleichenhaus, Esq.**

**Robert B. Gleichenhaus, Esq.**

Signature of Attorney or Litigant

Counsel for   **Cheektowaga Concrete, LLC**

**Gleichenhaus, Marchese & Weishaar, P.C.**

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

      Cheektowaga Concrete, LLC,               Case No.: 23-_____

                    Debtor.

---

### DECLARATION OF ROSANNE DIPIZIO REGARDING SMALL BUSINESS DOCUMENTS REQUIRED TO BE FILED PURSUANT TO 11 U.S.C. § 1116

Pursuant to 28 U.S.C. § 1746, Rosanne DiPizio declares, under penalty of perjury, as follows:

1.      Contemporaneously with the filing of this Declaration, Cheektowaga Concrete, LLC filed a voluntary petition under Chapter 11 in the United States Bankruptcy Court for the Western District of New York (the "Filing").

2.      I am the General Manager and an officer of Cheektowaga Concrete, LLC.

3.      Cheektowaga Concrete, LLC is a "small business debtor," within the definition of 11 U.S.C. § 101(51D).

4.      Pursuant to 11 U.S.C. § 1116(1), a small business debtor is required to file the following:  (a) most recent balance sheet, statement of operations, cash-flow statement and Federal income tax return; or (b) a statement made under penalty of perjury that no balance sheet, statement of operations, cash-flow statement has been prepared and no Federal income tax return has been filed.

5.      Cheektowaga Concrete, LLC does not maintain a balance sheet, statement of operations or cash-flow statement.

6.      Cheektowaga Concrete, LLC has no current statement of operations, as described in Section 1116(1)(A).

7.     A redacted copy of my last filed company income tax return is being filed contemporaneously herewith.

8.     No other documents described in Section 1116(1)(A) exist for the Debtor as of the Filing.

9.     This Declaration is being filed under penalty of perjury, pursuant to 11 U.S.C. § 1116(1)(B).

Dated: Buffalo, New York
       September 19, 2023                          ___/s/ Rosanne DiPizio_____
                                                      Rosanne DiPizio

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2022, or tax year beginning .................... , ending .................... .
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| | |
|---|---|
| **A** Principal business activity **MANUFACTURER** | **D** Employer identification number |
| **B** Principal product or service **CONCRETE** | **E** Date business started **08/07/2006** |
| **C** Business code number **327300** | **F** Total assets (see instructions) $ **5,509,292** |

**Type or Print**

Name of partnership
**GREAT LAKES CONCRETE PRODUCTS, LLC**

Number, street, and room or suite no. If a P.O. box, see instructions.
**5690 CAMP ROAD**

City or town, state or province, country, and ZIP or foreign postal code
**HAMBURG            NY  14075**

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify): ....................

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: .................... **2**

**J** Check if Schedules C and M-3 are attached .................... ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | 1a | |
| **b** | Returns and allowances | 1b | |
| **c** | Balance. Subtract line 1b from line 1a | **1c** | |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| **7** | Other income (loss) (attach statement) | **7** | |
| **8** | **Total income (loss).** Combine lines 3 through 7 | **8** | |

## Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | **9** | |
| **10** | Guaranteed payments to partners | **10** | |
| **11** | Repairs and maintenance | **11** | |
| **12** | Bad debts | **12** | 604,000 |
| **13** | Rent | **13** | |
| **14** | Taxes and licenses | **14** | |
| **15** | Interest (see instructions) | **15** | |
| **16a** | Depreciation (if required, attach Form 4562) | 16a | 75,265 |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | **16c** | 75,265 |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) | **17** | |
| **18** | Retirement plans, etc. | **18** | |
| **19** | Employee benefit programs | **19** | |
| **20** | Other deductions (attach statement) | **20** | |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | **21** | 679,265 |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | **22** | −679,265 |

## Tax and Payment

| | | | |
|---|---|---|---|
| **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **23** | |
| **24** | Interest due under the look-back method—income forecast method (attach Form 8866) | **24** | |
| **25** | BBA AAR imputed underpayment (see instructions) | **25** | |
| **26** | Other taxes (see instructions) | **26** | |
| **27** | **Total balance due.** Add lines 23 through 26 | **27** | |
| **28** | Payment (see instructions) | **28** | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | **29** | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment | **30** | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| Paid Preparer Use Only | | | |
|---|---|---|---|
| Print/Type preparer's name **PETER D. STEVANOFF CPA** | Preparer's signature **PETER D. STEVANOFF CPA** | Date **03/13/23** | Check ☒ if self-employed   PTIN **\*\*-\*\*\*3799** |
| Firm's name **THE ZLC GROUP, CPAS, LLC** | | | Firm's EIN **\*\*-\*\*\*3799** |
| Firm's address **3368 NASH ROAD  HAMBURG, NY                    14075** | | | Phone no. **716-675-4100** |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1065** (2022)

DAA

Form 1065 (2022) **GREAT LAKES CONCRETE PRODUCTS, LLC** ____ Page **2**

## Schedule B    Other Information

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | | |
| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership | | | |
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | | | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other: | | | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2022)

DAA

## Schedule B    Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions **0** | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return **0** | | |
| 16a | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions | | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Form 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return **0** | | |
| 18 | Enter the number of partners that are foreign governments under section 892 **0** | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions .................................... $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | X | |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 .................................... $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership **0** | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | X |
| | Percentage: By vote: By value: | | |
| 29 | Reserved for future use | | |
| 30 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | X | |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 **2** | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.
Name of PR

U.S. address
of PR

U.S. phone
number of PR

If the PR is an entity, name of the designated individual for the PR

U.S. address of
designated individual

U.S. phone number of
designated individual

Form 1065 (2022) **GREAT LAKES CONCRETE PRODUCTS, LLC** Page **4**

## Schedule K — Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 22) | **1** | **−679,265** |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | **13,625** |
| | **3a** | Other gross rental income (loss) ........................... 3a | | |
| | **b** | Expenses from other rental activities (attach statement) .... 3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Guaranteed payments: **a** Services 4a  **b** Capital 4b | | |
| | **c** | Total. Add lines 4a and 4b | **4c** | |
| | **5** | Interest income | **5** | |
| | **6** | Dividends and dividend equivalents:  **a** Ordinary dividends | **6a** | |
| | **b** | Qualified dividends 6b   **c** Dividend equivalents 6c | | |
| | **7** | Royalties | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** | Collectibles (28%) gain (loss) ............................. 9b | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) .......... 9c | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | **−13,386** |
| | **11** | Other income (loss) (see instructions) Type: | **11** | |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** | Contributions | **13a** | |
| | **b** | Investment interest expense | **13b** | |
| | **c** | Section 59(e)(2) expenditures:**(1)** Type:  **(2)** Amount: | **13c(2)** | |
| | **d** | Other deductions (see instructions) Type: | **13d** | |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | **14a** | **−679,265** |
| | **b** | Gross farming or fishing income | **14b** | |
| | **c** | Gross nonfarm income | **14c** | |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** | Low-income housing credit (other) | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** | Other rental real estate credits (see instructions)  Type: | **15d** | |
| | **e** | Other rental credits (see instructions)  Type: | **15e** | |
| | **f** | Other credits (see instructions)  Type: | **15f** | |
| **International** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | **17a** | **−1** |
| | **b** | Adjusted gain or loss | **17b** | |
| | **c** | Depletion (other than oil and gas) | **17c** | |
| | **d** | Oil, gas, and geothermal properties–gross income | **17d** | |
| | **e** | Oil, gas, and geothermal properties–deductions | **17e** | |
| | **f** | Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** | Tax-exempt interest income | **18a** | |
| | **b** | Other tax-exempt income | **18b** | |
| | **c** | Nondeductible expenses | **18c** | |
| | **19a** | Distributions of cash and marketable securities | **19a** | |
| | **b** | Distributions of other property | **19b** | |
| | **20a** | Investment income | **20a** | |
| | **b** | Investment expenses | **20b** | |
| | **c** | Other items and amounts (attach statement) ...... **SEE STATEMENT 1** | | |
| | **21** | Total foreign taxes paid or accrued | **21** | |

Form **1065** (2022)

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 ... | | | | **1** | **−679,026** |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | **−679,026** | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 9,167 | | 6,402 |
| 2a | Trade notes and accounts receivable | 3,828,242 | | 3,527,605 | |
| b | Less allowance for bad debts | 100,000 | 3,728,242 | 100,000 | 3,427,605 |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 3,608,845 | | 3,375,408 | |
| b | Less accumulated depreciation | 1,724,303 | 1,884,542 | 1,709,151 | 1,666,257 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 409,028 | | 409,028 |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 6,030,979 | | 5,509,292 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 4,036,619 | | 4,036,619 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 965,779 | | 965,779 |
| 17 | Other current liabilities (attach statement) **SEE STMT 2** | | 36,969 | | 36,969 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 3,914,746 | | 4,074,445 |
| 20 | Other liabilities (attach statement) **SEE STMT 3** | | 2,623,761 | | 2,623,761 |
| 21 | Partners' capital accounts | | −5,546,895 | | −6,228,281 |
| 22 | Total liabilities and capital | | 6,030,979 | | 5,509,292 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −681,386 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): **SEE STMT 4** | | a | Tax-exempt interest $ | | |
| | | 2,206 | 2,206 | | | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ | | |
| a | Depreciation $ 154 | | | | | |
| b | Travel and entertainment $ | | 8 | Add lines 6 and 7 | | |
| | | 154 | 9 | Income (loss) (Analysis of Net Income | | |
| 5 | Add lines 1 through 4 | −679,026 | | (Loss), line 1. Subtract line 8 from line 5 | | −679,026 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | −5,566,669 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases | |
| 3 | Net income (loss) (see instructions) | −679,026 | | (itemize): | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | −6,245,695 | 9 | Balance at end of year. Subtract line 8 from line 5 | −6,245,695 |

**Form 8825**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation
▶ Attach to Form 1065 or Form 1120S.
▶ Go to *www.irs.gov/Form8825* for the latest information.

OMB No. 1545-0123

Name: **GREAT LAKES CONCRETE PRODUCTS, LLC**

Employer identification number

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | RENTAL INCOME<br>100 STRADTMAN ROAD<br>CHEEKTOWAGA          NY  14206 | 4<br>COMMERCIAL | | 365 |
| B | | | | |
| C | | | | |
| D | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | **A** | **B** | **C** | **D** |
| | **Rental Real Estate Income** | | | | | |
| 2 | Gross rents | 2 | 137,048 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | 3,456 | | | |
| 7 | Insurance | 7 | 15,187 | | | |
| 8 | Legal and other professional fees | 8 | 24,858 | | | |
| 9 | Interest (see instructions) | 9 | 35,800 | | | |
| 10 | Repairs | 10 | 30,079 | | | |
| 11 | Taxes | 11 | 800 | | | |
| 12 | Utilities | 12 | 2,999 | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ▶ <br>SEE STATEMENT 5 | 15 | 10,244 | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | 123,423 | | | |
| 17 | Income or (loss) from each property. Subtract line 16 from line 2 | 17 | 13,625 | | | |

| | | | |
|---|---|---|---|
| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 137,048 |
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | 123,423 ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed. | | |

**(1)** Name

**(2)** Employer identification number

| | | | |
|---|---|---|---|
| 21 | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>● Form 1065 or 1120S: Schedule K, line 2 | 21 | 13,625 |

For Paperwork Reduction Act Notice, see instructions.

DAA